Case 6:08-cv-00546-RTH   Document 16   Filed 10/29/09   Page 1 of 1 PageID #: 190

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  10/29/09
      GB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MARK RUTLEDGE | CIVIL ACTION NO. 08-0546 |
| VS. | SECTION P |
| | JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DISMISSED WITH PREJUDICE** both as time-barred by the provisions of 28 U.S.C. §2244(d) and on the merits because petitioner has failed to establish that he is entitled to relief pursuant to 28 U.S.C. §2254(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28 day of October, 2009.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE